**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: | : | Case No. |
| | : | |
| **DAVID MICHAEL JACOBS** | : | CHAPTER 7 |
| | : | |
| *Debtor* | : | SECTION |

## ACKNOWLEDGEMENT

I/We do hereby acknowledge that on the date set forth below, the petition, schedules and related documents were carefully reviewed at Cameron Law Firm, L.L.C. D. Bruce Cameron has advised me/us that all information contained in the petition, schedules and related documents must be accurate and truthful and that it is a crime to make false statements in a bankruptcy filing. This does hereby certify that all information contained therein is accurate and truthful to the best of my knowledge, information and belief.

I/we do further acknowledge that I/we are aware that any funds on deposit as of the filing date of this bankruptcy are property of the bankruptcy estate and the trustee may require that they be turned over to the Chapter 7 Trustee. I/we further acknowledge that I/we are aware that we will be required to appear at a meeting of creditors and will be required to produce picture identification and a social security card. In the event that I fail to appear for the meeting of creditors, and my/our counsel herein is required to appear for a continued meeting then an additional fee(incurred post-petition) may be required. Further, I/we have been advised that some or all of the income tax refund for the tax year in which I/we file may have to be turned

over to the Chapter 7 Trustee. I/we do further acknowledge that a copy of the petition, schedules and all related documents were provided to me/us on this date.

Signed in Slidell, Louisiana this 26th day of December, 2019.

DATE: December 26, 2019     s/David Michael Jacobs
DAVID MICHAEL JACOBS