| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David Michael Jacobs** | Social Security number or ITIN **xxx–xx–7056** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Louisiana** | Date case filed for chapter **7**  **12/26/19** |
| Case number: | **19–13428 Section B Office Code: 2** | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Michael Jacobs | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1433 Pointsetta Drive<br>Metairie, LA 70005 | |
| 4. | **Debtor's attorney**<br>Name and address | D. Bruce Cameron<br>1290 Seventh Street<br>Suite 5<br>Slidell, LA 70458 | Contact phone (985) 847–1054<br><br>Email:  bruce@cameronlawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Barbara Rivera–Fulton<br>P.O. Box 19980<br>New Orleans, LA 70179 | Contact phone (504) 373–5592<br><br>Email:  barbararfulton2015@gmail.com  ––> |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                          page 1

Debtor **David Michael Jacobs**   Case number **19–13428**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 12/26/19 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 31, 2020 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. | Location:<br><br>**F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |
| | Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.<br>**NOTICE:** FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST. | | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/31/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
David Michael Jacobs  
    Debtor

Case No. 19-13428-JAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 1     Date Rcvd: Dec 27, 2019  
                                Form ID: 309A     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
```
db            +David Michael Jacobs,    1433 Pointsetta Drive,    Metairie, LA 70005-1030
smg           +Collector of Revenue,    City of New Orleans,    Department of Finance,
               1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg            Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
               Baton Rouge, LA 70896-6658
3786537       +Jean G. Jacobs,    1433 Pointsetta Drive,    Metairie, LA 70005-1030
3786538       +Louisiana Department of Revenue,    P.O. Box 1231,    Baton Rouge, LA 70821-1231
3786539       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
3786541       +U.S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street, Suite 1600,
               New Orleans, LA 70130-7212
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: bruce@cameronlawfirm.com Dec 27 2019 19:34:34     D. Bruce Cameron,
               1290 Seventh Street,    Suite 5,    Slidell, LA  70458
tr            +EDI: BBRIVERAFULTON.COM Dec 28 2019 00:33:00      Barbara Rivera-Fulton,    P.O. Box 19980,
               New Orleans, LA 70179-0980
smg           +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 27 2019 19:34:47      Louisiana Workforce Commission,
               UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
               Baton Rouge, LA 70802-3338
ust           +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Dec 27 2019 19:34:43      Office of the U.S. Trustee,
               400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3786535       +EDI: CITICORP.COM Dec 28 2019 00:33:00      Citibank/Shell Oil,    Attn: Bankruptcy,
               Po Box 790034,    St Louis, MO 63179-0034
3786536       +EDI: IRS.COM Dec 28 2019 00:33:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
3786540       +E-mail/Text: bankruptcy@stpso.com Dec 27 2019 19:34:41      Tax Collector-Parish of St. Tammany,
               Justice Center,    701 N. Columbia Street,    Covington, LA 70433-2760
3786542       +EDI: USAA.COM Dec 28 2019 00:33:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
               10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
               New Orleans, LA  70130-7212
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:  
NONE.                                                                                                                                    TOTAL: 0